**Order entered January 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01751-CV

**UNIVERSITY GENERAL HOSPITAL, L.P., ET AL., Appellants**

**V.**

**REED MIGRAINE CENTERS OF TEXAS, PLLC, ET AL., Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02875-A**

## ORDER

The Court is in receipt of appellants' January 28, 2014 motion for temporary stay.

Appellees shall file any response no later than February 3, 2014.


/s/      ELIZABETH LANG-MIERS
         JUSTICE